IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO V. CRUZ, | ) | |
| Petitioner, | ) | Civil Action No. 13-149E |
| | ) | |
| v. | ) | **District Judge Nora Barry Fischer** |
| | ) | **Magistrate Judge Susan Paradise Baxter** |
| BOBBY L. MEEKS, | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

This action, filed pursuant to 28 U.S.C. § 2241, was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On January 10, 2014, the Magistrate Judge issued a Report and Recommendation [ECF No. 11] in which she recommended that the petition be dismissed as moot. Objections were due by January 27, 2014. Petitioner did not file any. Accordingly, after *de novo* review of the documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of January, 2014;

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is DISMISSED. The Report and Recommendation [ECF No. 11] is adopted as the opinion of the Court. The Clerk is directed to mark the case CLOSED.

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf: Magistrate Judge Susan Paradise Baxter

Amie S. Murphy, AUSA

Roberto V. Cruz
76298-053
FCI McKean
PO Box 8000
Bradford, PA 16701